EMILIE DAMS, as Administratrix of the Estate of LUDWIG DAMS, Deceased, Respondent, *v.* DIRECTOR-GENERAL OF RAILROADS, Appellant.

*Negligence — railroads — employee of industrial plant killed by train while crossing track in yard of plant where he was employed.*

*Dams v. Director-General of Railroads,* 192 App. Div. 947, affirmed. (Argued January 12, 1922; decided January 31, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 7, 1920, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant. The complaint alleged that the plaintiff's intestate was an employee of the General Chemical Company of the city of Buffalo, and that while he was lawfully engaged in and about his duties at the company's plant in the city of Buffalo and in the act of crossing over a railroad track adjacent to the building in which he was working at such plant, he was struck by a car being pushed by the defendant over the railroad tracks in the yards of the General Chemical Company, resulting in his immediate death; that the accident was due to the negligence of the defendant in the operation of the train in failing to keep a lookout on the front end

of the car and in negligently and carelessly failing to give warning to the plaintiff's intestate and in dragging the body of the plaintiff's intestate a long distance after the plaintiff's intestate had been struck.

*Thomas R. Wheeler* for appellant.
*Hamilton Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.